1  DANIEL FEDER
   Daniel@dfederlaw.com
2  LAW OFFICES OF DANIEL FEDER
   332 Pine Street, Suite 700
3  San Francisco, CA 94194
   Telephone:    (415) 391-9432
4
   Attorney for Plaintiff
5  SIMON FOWLES

6  MALCOLM A. HEINICKE
   Malcolm.heinicke@mto.com
7  BRYAN H. HECKENLIVELY
   Bryan.heckenlively@mto.com
8  DANE P. SHIKMAN
   Dane.shikman@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
10 San Francisco, California  94105-2907
   Telephone:    (415) 512-4000
11 Facsimile:    (415) 512-4077

12 Attorneys for Defendant
   WELLS FARGO BANK, N.A.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON FOWLES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | Case No. 3:18-cv-02794-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Simon Fowles ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their counsel of record, stipulate and agree as follows:

**STIPULATION**

WHEREAS, on June 27, 2018, this Court issued an order setting an Initial Case Management Conference for August 23, 2018, at 9:30 a.m. (ECF No. 14);

WHEREAS, the parties held their Rule 26(f) conference on Wednesday, August 1, 2018;

WHEREAS, Plaintiff has informed Wells Fargo that he intends to seek leave to amend the complaint to add Wells Fargo & Company as an additional defendant, and that he intends to take the position that the addition of that defendant eliminates diversity jurisdiction and requires a remand to state court;

WHEREAS, the parties do not wish to engage in unnecessary motion practice, Plaintiff has agreed to send Wells Fargo a draft of the proposed amended complaint, and Wells Fargo has agreed to meet and confer with Plaintiff to consider whether to stipulate to leave to amend and/or a remand;

WHEREAS, because the pleadings are not yet settled, and because of the possibility of remand, the parties agree that the initial case management conference should be continued, with the Court's permission.

WHEREAS, the initial case management conference has not previously been continued and the request to continue the initial case management conference will have no effect on the parties' forthcoming proposed schedule for discovery, motions, and trial;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the respective parties hereto, that subject to the approval of the Court, the date for the initial case management conference should be continued to September ~~27~~ 25, 2018 at 9:30 a.m., and the parties' Case Management statement shall be due 7 days before the case management conference.

.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 9, 2018                          LAW OFFICES OF DANIEL FEDER

                                               By:    */s/ Daniel Feder*
                                                      DANIEL FEDER

                                               Attorney for PLAINTIFF


DATED: August 9, 2018                          MUNGER, TOLLES & OLSON LLP

                                               By:    */s/ Bryan H. Heckenlively*
                                                      BRYAN H. HECKENILVELY

                                               Attorneys for DEFENDANT
                                               WELLS FARGO BANK, N.A.

Pursuant to stipulation, IT IS SO ORDERED. CMC reset for Tuesday 9/25/18 at 9:30 a.m.
                                           Joint CMC Statement due 9/18/18.

DATED: August 13, 2018

                                               By: _____
                                                   IT IS SO ORDERED AS MODIFIED
                                                   Judge Edward M. Chen

-3-                                                    Case No. 3:18-cv-02794-EMC
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Bryan H. Heckenlively, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: August 9, 2018

*/s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY